GOLDSMITH & HULL. A P.C./CDCS39
William I. Goldsmith SBN 82183
Michael L. Goldsmith SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
(818) 990-6600 Fax (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br>MARIO BRADLEY<br><br>    Defendant. | No.  ACV08-04043<br><br>**UNITED STATES OF AMERICA'S APPLICATION FOR**<br><br>**(1) ORDER ISSUING WRIT OF CONTINUING GARNISHMENT TO GARNISHEE VOLTRON ENTERTAINMENT LIC;**<br><br>[28 U.S.C. § 3205(b)]<br>**AND**<br>**(2) CLERK'S NOTICE OF ENFORCEMENT**<br>[28 U.S.C. § 3202(b)] |
|---|---|

  The United States of America applies, in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court for a Court Order Issuing a Writ of Continuing Garnishment upon the Judgment entered in this action on September 04, 2008 in the amount of $4,564.58.

1  In connection with this request, the United States also seeks a Clerk's Notice
2  pursuant to 28 U.S.C. § 3202(b), as prepared and submitted by the United States as an
3  attachment to this application.
4  As of January 29, 2018, Defendant's debt balance is $5,406.21.
5  Demand for payment of the above-stated debt was made upon Defendant more
6  than thirty (30) days before the date of this application, and Defendant has not paid the
7  amount due.
8  Garnishee is believed to owe or will owe, money or property to Defendant, or is in
9  possession of property (such as nonexempt disposable earnings) of Defendant, and
10 Defendant has a substantial nonexempt interest in the property.
11 The names and addresses of Garnishee or the Garnishee's authorized agent is:

    VOLTRON ENTERTAINMENT LIC.
    ATTN.: PAYROLL DEPARTMENT
    2680 E 19TH ST.
    SIGNAL HILL CA 90755

DATED: January 29, 2018.    Respectfully submitted,

    GOLDSMITH & HULL, A P.C.

      */s/ Michael L. Goldsmith*
    MICHAEL L. GOLDSMITH
    Attorney for Plaintiff